## WASHBURN vs. HERRICK.

In cases where service by mail may be made, double time (forty days) is allowed to serve an amended answer or reply, of course, and without costs.

*Special Term, Washington County, February,* 1849.

J. LEWIS, *for plaintiff.*
E. F. BULLARD, *for defendant.*

PAIGE, Justice.—Where a defendant serves his answer to the complaint by mail, in cases where service by mail may be made, he has forty days within which to serve an amended answer of course, and without costs, under § 148 of the code. The defendant may amend of course and without costs, &c., at any time before the period of replying to his answer shall expire. Where the service of the answer is by mail, the plaintiff has double the time to reply allowed in cases of personal service of the answer. (Code, sec. 373 and 131.)

If the plaintiff notices his cause for trial before the time allowed to the defendant to amend shall have expired, he does so at his peril.